01
02
03
04
05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
06
AT SEATTLE

07  UNITED STATES OF AMERICA,     **)**
                                  **)**   CASE NO. CR23-113 JCC
08         Plaintiff,             **)**
                                  **)**
09         v.                     **)**
                                  **)**   DETENTION ORDER
10  JASON W. SADLER,              **)**
                                  **)**
11         Defendant.             **)**
    _____   **)**
12

13
Offenses charged:
14
    1.  Possession of Controlled Substances with Intent to Distribute.
15
    2.  Possession of Contraband in Prison
16
Date of Detention Hearing:    July 25, 2023.
17
        The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and
18
based upon the factual findings and statement of reasons for detention hereafter set forth, finds
19
that no condition or combination of conditions which defendant can meet will reasonably assure
20
the appearance of defendant as required and the safety of other persons and the community.
21

22

DETENTION ORDER
PAGE -1

01                    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02          1.      Defendant has been charged with a drug offense, the maximum penalty of which

03   is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

04   both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

05          2.      Defendant poses a risk of flight based on his absconding from the residential

06   reentry center, his numerous failures to appear, and the fact that when he was apprehended in

07   the Federal Detention Center he attempted to flee and had to be retrained by multiple staff.   He

08   presents a danger to the community based upon his ongoing addiction to controlled substances,

09   his lengthy criminal history involving violence and firearms, and the fact that the alleged

10   offenses were committed while under federal supervision and within a federal detention facility.

11          3.      There does not appear to be any condition or combination of conditions that will

12   reasonably assure the defendant's appearance at future Court hearings while addressing the

13   danger to other persons or the community.

14   It is therefore ORDERED:

15   1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

16       General for confinement in a correction facility separate, to the extent practicable, from

17       persons awaiting or serving sentences or being held in custody pending appeal;

18   2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

19   3.  On order of the United States or on request of an attorney for the Government, the person

20       in charge of the corrections facility in which defendant is confined shall deliver the

21       defendant to a United States Marshal for the purpose of an appearance in connection with a

22       court proceeding; and

DETENTION ORDER
PAGE -2

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 26th Day of July, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3