THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. CR23-113-JCC |
| | ) | CR21-084-JCC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | (~~PROPOSED~~) ORDER TO SEAL DOCUMENT |
| JASON W. SADLER, | ) | |
| | ) | |
| Defendant. | ) | |

THE COURT has considered Jason Sadler's motion to seal exhibit 3 to defense disposition memorandum and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 3 be filed under seal.

DONE this 1st day of December 2025.

*/s/ John C. Coughenour*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Jason Sadler

ORDER TO SEAL DOCUMENT
(*United States v. Sadler*, No. CR23-113-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100